James F. Clark, Alaska Bar #6907025
Law Office of James F. Clark
1109 C Street
Juneau, Alaska 99801
Tel: 907-586-0122
Fax: 907-586-1093
jfclarkiii@gmail.com

Attorney for Movant for Intervention as Defendant

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CHILKAT INDIAN VILLAGE OF KLUKWAN; SOUTHEAST ALASKA CONSERVATION COUNCIL; LYNN CANAL CONSERVATION; and RIVERS WITHOUT BORDERS, a project of TIDES CENTER, <br><br> *Plaintiffs,* <br><br> v. <br><br> BUREAU OF LAND MANAGEMENT; BRIAN STEED in his official capacity as Acting Director of the Bureau of Land Management; KAREN MOURITSEN, in her official capacity as Acting Alaska State Director of the Bureau of Land Management; and DENNIS TETZEL, in his official capacity as Field Manager of the Bureau of Land Management Glenallen Field Office, <br><br> Defendants. | Case No. 3:17-cv-00253-TMB |

**MOVANT DEFENDANT INTERVENORS CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Movants makes the following disclosure regarding their corporate status: Movant Constantine North, Inc. ("Constantine"), is a wholly owned subsidiary of Constantine Metal Resources Ltd. Constantine North Inc. has a Joint Venture with Dowa Metals & Mining Alaska Ltd. ("Dowa") in which Constantine holds a 51%

*Chilkat Indian Village of Klukwan et al. v. BLM et al.* Case No. 3:17-cv-00253-TMB
Movant Defendant Intervenors' Corporate Disclosure Statement    Page 1 of 4

Case 3:17-cv-00253-TMB    Document 19    Filed 01/30/18    Page 1 of 4

interest and Dowa holds a 49% interest with Constantine as Operator. Constantine Mining LLC was formed after formation of the Joint Venture in order to hold the assets and to operate and conduct the Joint Venture. The interest of Constantine and Dowa in Constantine Mining LLC is proportional to their respective Joint Venture interest, which currently equals 51% and 49% respectively.

No other Movant has a parent corporation and no other publicly held corporation has any form of ownership interest in the Movants. Specifically, Alyu Mining Co., Inc and Haines Mining & Exploration are privately held corporations.

RESPECTFULLY SUBMITTED January 26, 2018.

_____
James F. Clark
Alaska Bar No: 6907025
Attorney for Movants
jfclarkiii@gmail.com

*Chilkat Indian Village of Klukwan et al. v. BLM et al.* Case No. 3:17-cv-00253-TMB
Movant Defendant Intervenors' Corporate Disclosure Statement                    Page 2 of 4

Case 3:17-cv-00253-TMB   Document 19   Filed 01/30/18   Page 2 of 4

# CERTIFICATE OF SERVICE

I hereby certify that on January 26, 2018 a copy of the foregoing:

MOVANT DEFENDANT INTERNENORS' CORPORATE DISCLOSURE STATEMENT

was electronically served on the following parties in accordance with ECF's electronic filing protocols:

Eric P. Jorgensen
eric@eartjustiuce.org

Kenta Tsuda
ktsuda@earthjustice.org

Peter Heisler
pheisler@earthjustice.org

I hereby certify that on January 26, 2018 a copy of the foregoing:

MOVANT DEFENDANT INTERVENORS' CORPORATE DISCLOSURE STATEMENT

was served by U.S. Mail on the following:

Brian Steed, Acting Director Bureau of Land Management
1849 C Street NW, Room 5665
Washington, DC 20240

Karen Mouritsen, Acting State Director Bureau of Land Management
222 W 7th Avenue #13
Anchorage, AK 99513

Dennis Teitzel, Field Manager Bureau of Land Management
Glennallen Field Office P.O. Box 147 Mile Post 186.5
Glenn Highway Glennallen, AK 99588

Jeff Sessions, Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530-0001

*Chilkat Indian Village of Klukwan et al. v. BLM et al.* Case No. 3:17-cv-00253-TMB
Movant Defendant Intervenors' Corporate Disclosure Statement          Page 3 of 4

Case 3:17-cv-00253-TMB   Document 19   Filed 01/30/18   Page 3 of 4

Civil Process Clerk
U.S. Attorney, District of Alaska
222 West 7th Avenue, Room 253 #9
Anchorage, AK 99513

*/s/ James F. Clark*
James F. Clark

*Chilkat Indian Village of Klukwan et al. v. BLM et al.* Case No. 3:17-cv-00253-TMB
Movant Defendant Intervenors' Corporate Disclosure Statement
Page 4 of 4

Case 3:17-cv-00253-TMB   Document 19   Filed 01/30/18   Page 4 of 4