Kenta Tsuda (Alaska Bar No. 1605046)
Eric P. Jorgensen (Alaska Bar No. 8904010)
EARTHJUSTICE
325 Fourth Street
Juneau, AK 99801
T: 907.586.2751
E: ktsuda@earthjustice.org
   ejorgensen@earthjustice.org

*Attorneys for Plaintiffs Chilkat Indian Village of Klukwan et al.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CHILKAT INDIAN VILLAGE OF KLUKWAN *et al.*, | ) |
| *Plaintiffs*, | ) |
| v. | ) |
| BUREAU OF LAND MANAGEMENT *et al.*, | ) Case No. 3:17-cv-00253-TMB |
| *Defendants*, | ) |
| and | ) |
| CONSTANTINE NORTH, INC. *et al.*, | ) |
| *Movant-Intervenors.* | ) |

**MOTION FOR LEAVE TO WITHDRAW COUNSEL**

Pursuant to Local Civil Rule 11.1(c), Plaintiffs Chilkat Indian Village of Klukwan, Southeast Alaska Conservation Council, Lynn Canal Conservation, and Rivers Without Borders, a Project of Tides Center, hereby move for leave to withdraw Peter Heisler as their counsel in the above-captioned case.

Mr. Heisler's last day of employment with Earthjustice was March 2, 2018. Kenta Tsuda and Eric P. Jorgensen will remain as counsel for Plaintiffs.

Respectfully submitted this 14th day of March, 2018.

>	*s/ Kenta Tsuda*
>	Kenta Tsuda (Alaska Bar No. 1605046)
>	Eric P. Jorgensen (Alaska Bar No. 8904010)
>	EARTHJUSTICE
>
>	*Attorneys for Plaintiffs Chilkat Indian Village of Klukwan, Southeast Alaska Conservation Council, Lynn Canal Conservation, and Rivers Without Borders, a Project of Tides Center*

**CERTIFICATE OF SERVICE**

     I hereby certify that on March 14, 2018, a copy of foregoing MOTION FOR LEAVE TO WITHDRAW COUNSEL was served electronically on Dean Dunsmore and James F. Clark.

     *s/ Kenta Tsuda*
     Kenta Tsuda