IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

*CHILKAT INDIAN VILLAGE OF KLUKWAN, et al. v. BUREAU OF LAND MANAGEMENT, et al.*

Case No. 3:17-cv-00253-TMB

By: THE HONORABLE TIMOTHY M. BURGESS

PROCEEDINGS: ORDER FROM CHAMBERS

     Federal Defendants move, at docket 31, for leave to file the Administrative Record in this action on an external electronic device. It is this Court's preference, as well as a requirement under the District's Electronic Filing Administrative Policies and Procedures,[1] that administrative records be filed electronically on the docket. Federal Defendants' Motion to File the Administrative Record on an External Electronic Device (Unopposed) therefore is **DENIED WITHOUT PREJUDICE**. Absent a showing that it is not reasonably feasible to file the Administrative Record electronically on the docket, IT IS HEREBY ORDERED that Federal Defendants shall file the Administrative Record electronically on the docket no later than April 27, 2018. Federal Defendants shall also conventionally file a courtesy copy of the Administrative Record with the Court no later than May 1, 2018.

Entered at the direction of the Honorable Timothy M. Burgess, United States District Judge.

DATE: April 18, 2018

---

[1] The Electronic Filing Administrative Policies and Procedures are available on the District webpage at http://www.akd.uscourts.gov/sites/akd/files/Alaska_Policies_and_Procedures_revised_05-16-17.pdf.

1