# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

CHILKAT INDIAN VILLAGE OF
KLUKWAN, SOUTHEAST
ALASKA CONSERVATION COUNCIL,
LYNN CANAL CONSERVATION, and
RIVERS WITHOUT BORDERS,
    Plaintiffs,

v.

BUREAU OF LAND MANAGEMENT,
BRIAN STEED, KAREN MOURITSEN,
DENNIS TEITZEL
    Defendants.

Case Number 3:17-cv-00253-TMB

**JUDGMENT IN A CIVIL CASE**

  **JURY VERDICT**. This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_  **DECISION BY COURT**. This action came to trial or decision before the Court. The issues have been tried or determined and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED:

    THAT the plaintiffs take nothing, that the action be dismissed on the merits, and that the defendants Bureau of Land Management, Brian Steed, Karen Mouritsen, and Dennis Teitzel recover of plaintiffs Chilkat Indian Village of Klukwan, Southeast Alaska Conservation Council, Lynn Canal Conservation and Rivers Without Borders defendants costs of action in the amount of $_____ and attorney's fees in the amount of $_____ with postjudgment interest thereon at the rate of <u>2.33</u>% as provided by law.

APPROVED:

[Jmt2 - Basic - rev. 1-13-16}

S/TIMOTHY M. BURGESS
TIMOTHY M. BURGESS
United States District Judge

Date: May 7, 2019

*NOTE: Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.3, and 58.1.*

LESLEY K. ALLEN
Lesley K. Allen, Clerk of Court

[Jmt2 - Basic - rev. 1-13-16}