Erin Whalen (Alaska Bar No. 1508067)
Eric P. Jorgensen (Alaska Bar No. 8904010)
EARTHJUSTICE
325 Fourth Street
Juneau, AK 99801
T: 907.586.2751
E: ewhalen@earthjustice.org
　ejorgensen@earthjustice.org

*Attorneys for Plaintiffs Chilkat Indian Village of Klukwan et al.*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| CHILKAT INDIAN VILLAGE OF KLUKWAN *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> BUREAU OF LAND MANAGEMENT *et al.*, <br><br> *Defendants*, <br><br> and <br><br> CONSTANTINE NORTH, INC. *et al.*, <br><br> *Intervenor-Defendants.* | Case No. 3:17-cv-00253-TMB |

**NOTICE OF APPEAL**

Notice is hereby given that Chilkat Indian Village Of Klukwan; Southeast Alaska Conservation Council; Lynn Canal Conservation; and Rivers Without Borders, a project of Tides Center, Plaintiffs in the above-named case, hereby appeal to the United States Court of Appeals for the Ninth Circuit from the final judgment of the District Court, dated and entered in this case on May 7, 2019 (Doc. 62), and all orders that gave rise to that judgment, including but not limited to the Order on Motion for Summary Judgment and Cross Motion for Summary Judgment, dated and entered March 15, 2019 (Doc. 61). Pursuant to Federal Rule of Appellate Procedure 12(b) and Ninth Circuit Rule 3-2(b), Plaintiffs' Representation Statement is attached hereto.

Respectfully submitted this 13th day of May, 2019.

*s/ Erin Whalen*
Erin Whalen (Alaska Bar No. 1508067)
Eric P. Jorgensen (Alaska Bar No. 8904010)
EARTHJUSTICE

*Attorneys for Plaintiffs Chilkat Indian Village of Klukwan, Southeast Alaska Conservation Council, Lynn Canal Conservation, and Rivers Without Borders, a Project of Tides Center*

# CERTIFICATE OF SERVICE

I hereby certify that on May 13, 2019, a copy of foregoing NOTICE OF APPEAL was served electronically on Dean Dunsmore and James F. Clark.

*s/ Erin Whalen*
Erin Whalen

NOTICE OF APPEAL
*Chilkat Indian Village of Klukwan et al. v. BLM et al.,*
Case No. 3:17-cv-00253-TMB

2

# REPRESENTATION STATEMENT

**Plaintiffs-Appellants**

Names of parties:

    CHILKAT INDIAN VILLAGE OF KLUKWAN
    SOUTHEAST ALASKA CONSERVATION COUNCIL
    LYNN CANAL CONSERVATION
    RIVERS WITHOUT BORDERS, a project of TIDES CENTER

Names, address, telephone number, and emails of counsel:

    Erin Whalen
    Eric P. Jorgensen
    EARTHJUSTICE
    325 Fourth Street
    Juneau, AK 99801
    T: 907.586.2751
    E: ewhalen@earthjustice.org
       ejorgensen@earthjustice.org

Are counsel registered for Electronic Filing in the 9th Circuit?: Yes

**Defendants-Appellees**

Names of parties:

    BUREAU OF LAND MANAGEMENT
    BRIAN STEED, in his official capacity as Acting Director of the Bureau of Land Management
    CHAD PADGETT, in his official capacity as Alaska State Director of the Bureau of Land Management
    MARNIE GRAHAM, in her official capacity as Field Manager of the Bureau of Land Management Glennallen Field Office

NOTICE OF APPEAL
*Chilkat Indian Village of Klukwan et al. v. BLM et al.,*
Case No. 3:17-cv-00253-TMB     3

Name, address, telephone number, and email of counsel:

    Dean K. Dunsmore
    U.S. DEPARTMENT OF JUSTICE
    Environmental & Natural Resource Division
    222 W 7th Ave, #9, Rm 253
    Anchorage, AK 99513-7567
    T: 907.271.5071
    E: dean.dunsmore@usdoj.gov

**Intervenor-Defendants-Appellees**

Name of party:

    ALYU MINING CO., INC.
    HAINES MINING and EXPLORATION
    CONSTANTINE NORTH, INC

Names, addresses, telephone numbers, and emails of counsel:

    James F. Clark
    LAW OFFICE OF JAMES F. CLARK
    1109 C Street
    Juneau, Alaska 99801
    T: 907.586.0122
    E: jfclarkiii@gmail.com

NOTICE OF APPEAL
*Chilkat Indian Village of Klukwan et al. v. BLM et al.,*
Case No. 3:17-cv-00253-TMB    4